UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Khalil Billups and<br>Adam R. Hageman,<br><br>      Plaintiffs,<br>vs.<br><br>Minnesota Department of<br>Corrections, Lt. J. Rykken, Lt.<br>Engeldinger, Lt. Baird, Sgt. G.<br>Brausen, Officer Fleck, Officer B.<br>Hudek, Officer Matthew Kotaska,<br>Officer Tyler Haugen, Officer<br>Christopher Fadling, Officer<br>Zachariah Frank, Officer J. Elmore,<br>Officer J. Lehner, Officer Anderson,<br>Officer Zencius, Officer S. Mielke,<br>Warden Miles, and<br>AWO Carol Krippner,<br><br>      Defendants.[1] | Civil File No. 19-cv-2581 (NEB/DTS)<br><br>**DEFENDANTS'<br>MOTION TO DISMISS** |

To:    Khalil Billups, OID #260067, MCF-Faribault, 1101 Linden Lane, Faribault, MN 55021; and Adam Hageman, OID #251041, MCF-Lino Lakes, 7525 Fourth Avenue, Lino Lakes, MN 55014.

PLEASE TAKE NOTICE that before the Honorable David T. Schultz, Magistrate Judge of the United States District Court, at a time and date to be determined by the Court, the defendants will move the Court for an order granting their request to dismiss plaintiffs Khalil Billups and Adam Hageman's claims against them.  This motion is based on

---

[1] Lt. Rykken's first name is Jay, Lt. Engeldinger's first name is Todd, Lt. Baird's first name is Brant, Sgt. Brausen's first name is Gwen, Officer Fleck's first name is Ross, Officer Hudek's first name is Ben, Officer Elmore's first name is Jason, Officer Lehner's first name is Joseph, Officer Anderson's first name is Sean, Officer Zencius's first name is Grace, Officer Mielke's first name is Shawnee, and Warden Miles's first name is Eddie.

Fed. R. Civ. P. 12, the accompanying memorandum, and the pleadings filed with this Court.

Dated: May 4, 2021

KEITH ELLISON
Attorney General
State of Minnesota

s/ Corinne Wright-MacLeod
CORINNE WRIGHT-MACLEOD
Assistant Attorney General
Atty. Reg. No. 0390353
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 757-1198 (Voice)
(651) 297-4139 (Fax)
corinne.wright-macleod@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS
JAY RYKKEN, TODD ENGELDINGER,
BRANT BAIRD, GWEN BRAUSEN, ROSS
FLECK, BEN HUDEK, MATTHEW
KOTASKA, TYLER HAUGEN,
CHRISTOPHER FADLING, ZACHARIAH
FRANK, JASON ELMORE, SEAN
ANDERSON, GRACE ZENCIUS,
SHAWNEE MIELKE, EDDIE MILES, AND
CAROL KRIPPNER

|#4960350-v1